DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHARON HAMPTON,**
Appellant,

v.

**HOLLYWOOD TOWERS CONDOMINIUM ASSOCIATION, INC.,**
a Florida corporation not-for-profit,
Appellee.

No. 4D17-801

[April 19, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily Rodriguez Powell, Judge; L.T. Case No. CACE06-005188 (03).

Robert F. Reynolds of Slatkin & Reynolds, P.A., Fort Lauderdale, for appellant.

Robert P. Gossett of Gossett & Gossett, P.A., Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and KLINGENSMITH, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***